1  NICOLE S. HEALY (SBN 157417)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  1001 Marshall Street, Suite 500
   Redwood City, CA 94063
3  Telephone: (650) 364-8200
   Facsimile: (650) 780-1701
4  Email: nicole.healy@rmkb.com

5  Attorneys for Defendant
   ELBOW RIVER MARKETING LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLENIC PETROLEUM, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ELBOW RIVER MARKETING, LTD.,<br><br>    Defendant. | Case No. 1:20-CV-00374-NONE-BAM<br><br>[Formerly Stanislaus County Superior Court Case No. CV-19-000967]<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT TO APRIL 3, 2020**<br><br>**Complaint filed February 19, 2019** |

1. WHEREAS, on or about January 27, 2020, Plaintiff Hellenic Petroleum, LLC's ("Hellenic") filed a First Amended Complaint in the Superior Court for Stanislaus County; and

2. WHEREAS, on or about March 11, 2020, Defendant Elbow River Marketing Ltd. ("Elbow River") removed this action from the Superior Court for Stanislaus County to this Court; and

3. WHEREAS, Elbow River's response to the First Amended Complaint is currently due on March 18, 2020; and

4. WHEREAS, pursuant to Section II of the Court's Standing Order on civil law and motion, counsel for Elbow River and Hellenic began meeting and conferring regarding Elbow River's response to the First Amended Complaint and Hellenic requires additional time to

respond to the issues raised by Elbow River regarding the First Amended Complaint in connection with the meet and confer discussion; and

5. WHEREAS, pursuant to Local Rule 144(a) (Fed. R. Civ. P. 6) the parties through their respective counsel have stipulated and agreed that Defendant shall have until April 3, 2020, to respond to Plaintiff's First Amended Complaint filed on January 27, 2020.

6. WHEREAS, this Stipulation will continue the Defendant's time to respond to the First Amended Complaint, but will not alter the date of any other event or deadline already fixed by Court order;

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by the parties through their respective counsel pursuant to Local Rule 144(a) (Fed. R. Civ. P. 6) that Defendant shall have until April 3, 2020, to respond to Plaintiff's First Amended Complaint filed on January 27, 2020.

**IT IS SO STIPULATED.**

Dated: March 18, 2020    ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Nicole S. Healy
NICOLE S. HEALY
Attorneys for Defendant
ELBOW RIVER MARKETING, LTD.

Dated: March 18, 2020    McGLINCHEY STAFFORD, PLLC

By: /s/ Adam S. Hamburg
BRIAN PAINO
ADAM S. HAMBURG
Attorneys for Plaintiff
HELLENIC PETROLEUM, LLC

Dated: March 18, 2020    CHRISTENSON LAW FIRM, LLP

By: /s/ Vonn R. Christenson
VONN R. CHRISTENSON
Attorneys for Plaintiff
HELLENIC PETROLEUM, LLC

\* \* \*

4825-1415-1095.1 - 2 - STIP. & ORDER TO EXTEND DEFT'S TIME TO RESPOND TO FAC TO APRIL 3, 2020; CASE NO. 1:20-CV-00374-NONE-BAM

## **ORDER**

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and Order. Defendant shall have until April 3, 2020 to respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated: **March 18, 2020**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE