**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Adam S. Hamburg (SBN 247127)
Christopher M. Lapidus (SBN 316005)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:  (949) 381-5900
Facsimile:  (949) 271-4040
Email:  bpaino@mcglinchey.com
 ahamburg@mcglinchey.com
 clapidus@mcglinchey.com

Attorneys for *Plaintiff* **HELLENIC PETROLEUM LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLENIC PETROLEUM LLC,<br><br>Plaintiff,<br><br>v.<br><br>ELBOW RIVER MARKETING, LTD.,<br><br>Defendants. | Case No.: 1:20-CV-00374-NONE-BAM<br><br>[Formerly Stanislaus County Superior Court Case No. CV-19-000967]<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**<br><br>Action Filed:  February 19, 2019 |

1.  WHEREAS, on or about January 27, 2020, Plaintiff Hellenic Petroleum, LLC ("Hellenic") filed a First Amended Complaint in the Superior Court for Stanislaus County;

2.  WHEREAS, on or about March 11, 2020, Defendant Elbow River Marketing Ltd. ("Elbow River") removed this action from the Superior Court for Stanislaus County to this Court;

3.  WHEREAS, pursuant to Section II of the Court's Standing Order on civil law and motion, counsel for Hellenic and Elbow River began meeting and conferring regarding Hellenic's First Amended Complaint and Elbow River's intent to file a Motion to dismiss pursuant to FRCP 12(b)(6);

4. WHEREAS, pursuant to Local Rule 144(a) (Fed. R. Civ. P. 6) the parties through their respective counsel have stipulated and agreed that in an effort to address the issues raised as part of the meet and confer process, Hellenic will file a Second Amended Complaint on or before May 4, 2020. Elbow River shall have 30 days after the filing of the Second Amended Complaint to respond to said Complaint.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by the parties through their respective counsel pursuant to Local Rule 144(a) (Fed. R. Civ. P. 6) that Hellenic shall file a Second Amended Complaint on or before May 4, 2020. Elbow River shall have 30 days after the filing of the Second Amended Complaint to respond to said Complaint.

**IT IS SO STIPULATED.**

Dated: April 3, 2020                McGLINCHEY STAFFORD, PLLC


By: /s/ *Adam S. Hamburg*
    BRIAN PAINO
    ADAM S. HAMBURG
    Attorneys for Plaintiff
    HELLENIC PETROLEUM, LLC


Dated: April 3, 2020                ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ *Nicole S. Healy*
    NICOLE S. HEALY
    Attorneys for Defendant
    ELBOW RIVER MARKETING, LTD.


Dated: April 3, 2020                CHRISTENSON LAW FIRM, LLP


By: /s/ *Vonn R. Christenson*
    VONN R. CHRISTENSON
    Attorneys for Plaintiff
    HELLENIC PETROLEUM, LLC

# ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation. Hellenic shall have until May 4, 2020 to file a Second Amended Complaint. Elbow River shall have 30 days after the filing of the Second Amended Complaint to respond to said Complaint.

IT IS SO ORDERED.

Dated: __April 13, 2020__          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

## ECF ATTESTATION

I, Nicole S. Healy, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in this Stipulation has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: April 3, 2020 /s/ *Adam S. Hamburg*
Adam S. Hamburg