**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Adam S. Hamburg (SBN 247127)
Christopher M. Lapidus (SBN 316005)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:   (949) 381-5900
Facsimile:   (949) 271-4040
Email:        bpaino@mcglinchey.com
              ahamburg@mcglinchey.com
              clapidus@mcglinchey.com

Attorneys for *Plaintiff* **HELLENIC PETROLEUM LLC**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLENIC PETROLEUM LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>ELBOW RIVER MARKETING, LTD.,<br><br>              Defendants. | Case No.:  1:20-CV-00374-NONE-BAM<br><br>[Formerly Stanislaus County Superior Court Case No. CV-19-000967]<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>Scheduling Conference<br><br>Date: June 24, 2020<br>Time: 9:30 a.m.<br>CTRM: #8<br><br>Action Filed:   February 19, 2019 |

Plaintiff Hellenic Petroleum, LLC ("Hellenic") and Defendant Elbow River Marketing Ltd. ("Elbow River"), by and through their respective counsel of record, hereby stipulate and agree to continue the Mandatory Scheduling Conference currently scheduled for June 24, 2020 at 9:30 a.m. in courtroom 8 of the above-captioned Court before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge, as set forth herein below.

1. WHEREAS, on or about January 27, 2020, Plaintiff Hellenic filed a First Amended Complaint in the Superior Court for Stanislaus County;

2. WHEREAS, on or about March 11, 2020, Defendant Elbow River removed this action from the Superior Court for Stanislaus County to this Court;

3. WHEREAS, on March 12, 2020, the Court issued an Order Setting Mandatory Scheduling Conference (Docket No. 3), which is currently set for June 24, 2020 at 9:30 a.m. in courtroom 8 before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge.

4. WHEREAS, pursuant to Section II of the Court's Standing Order on civil law and motion, counsel for Hellenic and Elbow River began meeting and conferring regarding Hellenic's First Amended Complaint and Elbow River's intent to file a Motion to dismiss pursuant to FRCP 12(b)(6);

5. WHEREAS, on April 13, 2020, the Court entered a stipulation between the parties granting Hellenic leave to file a Second Amended Complaint on or before May 4, 2020.

6. WHEREAS, the parties, through their counsel, have been, and continue to diligently engage in good faith settlement discussions for the purpose of resolving this case;

7. WHEREAS, in an effort to reduce the attorney's fees incurred by the parties while they engaged in settlement discussions, and in order to promote a global resolution and settlement of the case, on June 10, 2020, the parties filed a second Stipulation extending Hellenic's deadline to file a Second Amended Complaint to June 19, 2020, and giving Elbow River 45 days to file a responsive pleading to the Second Amended Complaint.

8. WHEREAS, on June 15, 2020, the Court entered an Order granting the Stipulation filed on June 10, 2020, which extended Hellenic's deadline to file a Second Amended Complaint to June 19, 2020, and granted Elbow River 45 days to file its responsive pleading.

9. WHEREAS, in light of the extended deadline to file the First Amended Complaint and the corresponding extension of time for Elbow River to file its responsive pleading, and in an effort to promote judicial economy and judicial efficiency in connection with the case management of the case, the parties believe that the Mandatory Scheduling Conference should be continued to a date after the Hellenic has filed its Second Amended Complaint and Elbow River has filed its responsive pleading.

1 **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by the parties through their respective counsel, and subject to the Order of the Court, that the Mandatory Scheduling Conference currently scheduled for June 24, 2020 at 9:30 a.m. in courtroom 8 be continued approximately 60 days to August 19, 2020 at 9:30 a.m. in courtroom 8, or to another date and time that the Court is available to hear this matter.

**IT IS SO STIPULATED.**

Dated:  June 17, 2020              McGLINCHEY STAFFORD, PLLC


By:  /s/ *Adam S. Hamburg*
    BRIAN PAINO
    ADAM S. HAMBURG
    Attorneys for Plaintiff
    HELLENIC PETROLEUM, LLC


Dated:  June 17, 2020              ROPERS MAJESKI PC


By: /s/ *Nicole S. Healy*
    NICOLE S. HEALY
    Attorneys for Defendant
    ELBOW RIVER MARKETING, LTD.

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Conference currently set for June 24, 2020, is HEREBY CONTINUED to **August 19, 2020, at 9:30 AM in Courtroom 8 (BAM)** before the undersigned. The parties are encouraged to appear telephonically at the status conference using the following dial-in number and passcode: *dial-in number 1-877-411-9748; passcode 3219139*. If the parties file a notice of settlement pursuant to Local Rule 160 prior to the conference, then the conference will be vacated. However, if the parties are unable to reach a settlement of the action, then the conference will proceed and the parties shall file a Joint Scheduling Report in compliance with the Order Setting Mandatory Scheduling Conference (*See* Doc. No. 3) at least one (1) full week prior to the conference.

IT IS SO ORDERED.

Dated:   **June 18, 2020**              /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE