1  NICOLE S. HEALY (SBN 157417)
   ROPERS MAJESKI PC
2  1001 Marshall Street, 5th Floor
   Redwood City, CA 94063
3  Telephone:   650.364.8200
   Facsimile:   650.780.1701
4  Email:       nicole.healy@ropers.com

5  Attorneys for Defendant
   ELBOW RIVER MARKETING LTD.

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | HELLENIC PETROLEUM, LLC,          | Case No. 1:20-CV-00374-NONE-BAM
12 |        Plaintiff,                  | **STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE; AND CONTINUE MANDATORY SCHEDULING CONFERENCE**
13 |   v.                               |
14 | ELBOW RIVER MARKETING, LTD.,       |
15 |        Defendant.                  |
16 |                                    | Date Action Filed: February 19, 2019

17

18  Plaintiff Hellenic Petroleum, LLC ("Hellenic") and Defendant Elbow River Marketing

19 Ltd. ("Elbow River"), by and through their respective counsel of record, hereby stipulate and

20 agree (1) to extend the time for Elbow River to respond to the Second Amended Complaint and to

21 the following schedule for any Opposition and Reply to a Motion to Dismiss that Complaint; and

22 (2) to continue for an additional 60 days the Mandatory Scheduling Conference currently

23 scheduled for August 19, 2020 at 9:30 a.m. in courtroom 8 of the above-captioned Court before

24 the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge, as set forth herein below:

25      1.  WHEREAS, on or about January 27, 2020, Plaintiff Hellenic filed a First

26 Amended complaint in the Superior Court for Stanislaus County;

27      2.  WHEREAS, on or about March 11, 2020, Defendant Elbow River removed this

28 action from the Superior Court for Stanislaus County to this Court;

3.      WHEREAS, pursuant to Section II of the Court's Standing Order on civil law and motion, counsel for Hellenic and Elbow River began meeting and conferring regarding Hellenic's First Amended Complaint and Elbow River's intent to file a Motion to dismiss pursuant to FRCP 12(b)(6);

4.      WHEREAS, on April 13, 2020, the Court entered a stipulation between the parties granting Hellenic leave to file a Second Amended Complaint on or before May 4, 2020;

5.      WHEREAS, the parties, through their counsel, diligently engaged in good faith settlement discussions for the purpose of resolving this case, and in an effort to reduce the attorney's fees incurred by the parties while they engaged in such settlement discussions, and in order to promote a global resolution and settlement of the case, on June 10, 2020, the parties filed a second Stipulation extending Hellenic's deadline to file a Second Amended Complaint to June 19, 2020, and giving Elbow River 45 days to file a responsive pleading to the Second Amended Complaint;

6.      WHEREAS, on June 15, 2020, the Court entered an Order granting the Stipulation filed on June 10, 2020, which extended Hellenic's deadline to file a Second Amended Complaint to June 19, 2020, and granted Elbow River 45 days to file its responsive pleading;

7.      WHEREAS, thereafter, Hellenic filed its Second Amended Complaint on June 26, 2020;

8.      WHEREAS, pursuant to Section II of the Court's Standing Order on civil law and motion, counsel for Hellenic and Elbow River began meeting and conferring regarding Hellenic's Second Amended Complaint and Elbow River's intent to file a Motion to dismiss pursuant to FRCP 12(b)(6) and 9(b), and to strike allegations concerning punitive damages pursuant to FRCP 12(f), and the Parties have agreed that Elbow River shall have additional time to respond to the Second Amended Complaint;

9.      WHEREAS, in light of the extended deadline to file the Second Amended Complaint and the corresponding extension of time for Elbow River to file its responsive pleading, and in an effort to promote judicial economy and judicial efficiency in connection with the case management of the case, the parties believe that the Mandatory Scheduling Conference

should be continued to a date after Elbow River's Motion to Dismiss the Second Amended Complaint is fully briefed.

10. NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by the parties through their respective counsel, and subject to the Order of the Court, that Elbow River shall have until September 3, 2020 to file its Motion to Dismiss the Second Amended Complaint; Hellenic shall have until September 28, 2020 to file an Opposition; and Elbow River shall have until October 15, 2020 to file a Reply.

11. NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by the parties through their respective counsel, and subject to the Order of the Court, that the Mandatory Scheduling Conference currently scheduled for August 19, 2020 at 9:30 a.m. in courtroom 8 be continued to October 21, 2020 at 9:30 a.m. in courtroom 8, or to another date and time that the Court is available to hear this matter.

**IT IS SO STIPULATED.**

Dated: August 7, 2020                ROPERS MAJESKI, PC

                                     By: /s/ *Nicole S. Healy*
                                         NICOLE S. HEALY
                                         Attorneys for Defendant
                                         ELBOW RIVER MARKETING LTD

Dated: August 7, 2020                McGLINCHEY STAFFORD, PLLC

                                     By: /s/ *Adam S. Hamburg*
                                         BRIAN PAINO
                                         ADAM S. HAMBURG
                                         Attorneys for Plaintiff
                                         HELLENIC PETROLEUM, LLC

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation. Elbow River shall have until September 3, 2020 to file its Motion to Dismiss the Second Amended Complaint; Hellenic shall have until September 28, 2020 to file any Opposition; and Elbow River shall have until October 15, 2020 to file a Reply. The Mandatory Scheduling Conference currently scheduled for August 19, 2020 at 9:30 a.m. in Courtroom 8, is hereby continued to **December 15, 2020 at 9:00 a.m. in Courtroom 8 (BAM)**.

IT IS SO ORDERED.

Dated: **August 10, 2020**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE