**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Adam S. Hamburg (SBN 247127)
Christopher M. Lapidus (SBN 316005)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:   (949) 381-5900
Facsimile:    (949) 271-4040
Email:          bpaino@mcglinchey.com
                   ahamburg@mcglinchey.com
                   clapidus@mcglinchey.com

Attorneys for *Plaintiff*  HELLENIC PETROLEUM LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLENIC PETROLEUM LLC,<br><br>             Plaintiff,<br><br>  v.<br><br>ELBOW RIVER MARKETING, LTD.,<br><br>             Defendants. | Case No.:  1:20-CV-00374-NONE-BAM<br><br>[Formerly Stanislaus County Superior Court Case No. CV-19-000967]<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br><u>Scheduling Conference</u><br><br>Date: February 23, 2021<br>Time: 9:30 a.m.<br>CTRM: #8<br><br>Action Filed:   February 19, 2019 |

Plaintiff Hellenic Petroleum, LLC ("<u>Hellenic</u>") and Defendant Elbow River Marketing Ltd. ("<u>Elbow River</u>"), by and through their respective counsel of record, hereby stipulate and agree to continue the Mandatory Scheduling Conference currently scheduled for February 23, 2021 at 9:30 a.m. in Courtroom 8 of the above-captioned Court before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge, as set forth herein below.

///

1. WHEREAS, on or about January 27, 2020, Plaintiff Hellenic filed a First Amended Complaint in the Superior Court for Stanislaus County.

2. WHEREAS, on or about March 11, 2020, Defendant Elbow River removed this action from the Superior Court for Stanislaus County to this Court.

3. WHEREAS, on March 12, 2020, the Court issued an Order Setting Mandatory Scheduling Conference (Docket No. 3) for June 24, 2020.

4. WHEREAS, on April 13, 2020, the Court entered a stipulation between the parties granting Hellenic leave to file a Second Amended Complaint on or before May 4, 2020. (Document 7)

5. WHEREAS, on June 10, 2020, the parties filed a second Stipulation extending Hellenic's deadline to file a Second Amended Complaint to June 19, 2020, and giving Elbow River 45 days to file a responsive pleading to the Second Amended Complaint. (Document 9)

6. WHEREAS, on June 15, 2020, the Court entered an Order granting the Stipulation filed on June 10, 2020, which extended Hellenic's deadline to file a Second Amended Complaint to June 19, 2020, and granted Elbow River 45 days to file its responsive pleading. (Document 10)

7. WHEREAS, thereafter, Hellenic filed its Second Amended Complaint on June 26, 2020. (Document 13)

8. WHEREAS, pursuant to Section II of the Court's Standing Order on civil law and motion, counsel for Hellenic and Elbow River began meeting and conferring regarding Hellenic's Second Amended Complaint and Elbow River's intent to file a Motion to dismiss pursuant to FRCP 12(b)(6) and 9(b), and to strike allegations concerning punitive damages pursuant to FRCP 12(f), and the Parties agreed that Elbow River shall have additional time to respond to the Second Amended Complaint.

9. WHEREAS, in light of the extended deadline to file the Second Amended Complaint and the corresponding extension of time for Elbow River to file its responsive pleading, and in an effort to promote judicial economy and judicial efficiency in connection with the case management of the case, the Court continued the Mandatory Scheduling Conference to December 15, 2020 at 9:00 a.m. in Courtroom 8 before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge. (Document 15)

10. WHEREAS, on September 3, 2020, Elbow River filed its Motion to dismiss pursuant to FRCP 12(b)(6) and 9(b), and to strike allegations concerning punitive damages pursuant to FRCP 12(f) (the "Motion"). (Document 17)  The hearing on the Motion was initially set for October 30, 2020.

11. WHEREAS, the Court took Elbow River's Motion under submission without oral argument.

12. WHEREAS, in light of the fact that the Court had not issued a ruling on the Motion as of December 3, 2020, on December 3, 2020, the parties filed a stipulation to continue the Mandatory Scheduling Conference from December 15, 2020 at 9:00 a.m. in Courtroom 8, to February 23, 2021 at 9:00 a.m. in Courtroom 8, or to another date and time that the Court was available to hear this matter. (Document 21)

13. WHEREAS, on December 4, 2020, in an effort to promote judicial economy and judicial efficiency in connection with the case management of the case, the Court continued the Mandatory Scheduling Conference to February 23, 2021 at 9:30 a.m. in Courtroom 8 before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge. (Document 22)

14. WHEREAS, as of the date of the filing of this Stipulation, the Court has not issued a ruling on the Motion.

15. WHEREAS, in light of the fact that the Court has not issued a ruling on the Motion, and in an effort to promote judicial economy and judicial efficiency in connection with the case management of the case, the parties believe that the Mandatory Scheduling Conference should be continued to a date after the Court issues its ruling on the Motion.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by the parties through their respective counsel, and subject to the Order of the Court, that the Mandatory Scheduling Conference currently scheduled for February 23, 2021 at 9:30 a.m. in Courtroom 8 be continued approximately 60 days to April 26, 2021 at 9:00 a.m. in Courtroom 8, or to another date and time that the Court is available to hear this matter.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated:  February 12, 2021 | | **McGLINCHEY STAFFORD, PLLC** |
| | By: | */s/ Adam S. Hamburg* |
| | | BRIAN PAINO |
| | | ADAM S. HAMBURG |
| | | CHRISTOPHER M. LAPIDUS |
| | | Attorneys for Plaintiff |
| | | HELLENIC PETROLEUM, LLC |

| | | |
|---|---|---|
| Dated:  February 12, 2021 | | **ROPERS MAJESKI PC** |
| | By: | */s/ Nicole S. Healy* |
| | | NICOLE S. HEALY |
| | | Attorneys for Defendant |
| | | ELBOW RIVER MARKETING, LTD. |

### ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and Order.  The Mandatory Scheduling Conference currently scheduled for February 23, 2021 at 9:30 a.m. in Courtroom 8, is hereby continued to **April 26, 2021 at 9:00 a.m. in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe** with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required. The parties shall file a Joint Scheduling Report one week prior to the conference.

IT IS SO ORDERED.

Dated:  **February 12, 2021**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

**ECF ATTESTATION**

I, Adam S. Hamburg, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE.  In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in this Stipulation has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  February 12, 2021                                   */s/ Adam S. Hamburg*
                                                                                Adam S. Hamburg