1  NICOLE S. HEALY (SBN 157417)
   ROPERS MAJESKI PC
2  1001 Marshall Street, 5th Floor
   Redwood City, CA 94063
3  Telephone:  650.364.8200
   Facsimile:  650.780.1701
4  Email:      nicole.healy@ropers.com

5  Attorneys for Defendants
   ELBOW RIVER MARKETING LTD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HELLENIC PETROLEUM, LLC, | Case No. 1:20-CV-00374-NONE-BAM |
|---|---|
| Plaintiff, | [Formerly Stanislaus County Superior Court Case No. CV-19-000967] |
| v. | |
| ELBOW RIVER MARKETING, LTD., | **DEFENDANT ELBOW RIVER MARKETING LTD.'S NOTICE OF INVOLUNTARY PETITION FOR CHAPTER 7 BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS AS TO PLAINTIFF HELLENIC PETROLEUM, LLC** |
| Defendant | |
| | Complaint filed February 19, 2019 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 10, 2021, an Involuntary Petition under Chapter 7 of the United States Bankruptcy Code was filed against Plaintiff Hellenic Petroleum, LLC in the United States Bankruptcy Court for the Southern District of Florida (Case No. 21-12317-EPK), the Honorable Erik P. Kimball presiding. A true and correct copy of the Notice of Bankruptcy Case Filing from PACER is attached hereto as Exhibit A.

Dated: March 29, 2021                    ROPERS MAJESKI PC

                                         By: /s/ Nicole S. Healy
                                             NICOLE S. HEALY
                                             Attorneys for Defendant ELBOW RIVER
                                             MARKETING LTD.

4850-7328-3298.3                    - 1 -       DEFENDANT ELBOW RIVER'S NOTICE
                                                OF INVOLUNTARY PETITION FOR
                                                CHAPTER 7 BANKRUPTCY AND STAY
                                                3:19-CV-000717-JST

# EXHIBIT A

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida
(State)

Case number (if known): _____  Chapter 7

☐ Check if this is an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

    Check one:

    ☒ Chapter 7
    ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**    Hellenic Petroleum LLC

3. **Other names you know the debtor has used in the last 8 years**    N/A

    Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

    ☐ Unknown

    8 1 – 4 2 0 8 0 6 6
    EIN

5. **Debtor's address**

    **Principal place of business**

    7000 W. Palmetto Park Road
    Number      Street

    Ste. 302

    Boca Raton              FL    33433
    City                    State  ZIP Code

    Palm Beach
    County

    **Mailing address, if different**

    _____
    Number    Street

    P.O. Box _____

    _____
    City          State   ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number    Street

    _____
    City          State   ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                 page 1

Debtor ___Hellenic Petroleum LLC___    Case number (if known)_____
      Name

**6. Debtor's website** (URL)    www.hellenicpetroleumllc.com

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed ____/____/____ Case number, if known _____
                                                MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed ____/____/____ Case number, if known _____
                                                MM / DD / YYYY

**Part 3:    Report About the Case**

**10. Venue**

Check one:
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

At least one box must be checked:
- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor: Hellenic Petroleum LLC

Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Pro Pretroleum LLC | Money owed for Sale of Fuel | $ 2,352,729.20 plus interest |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ 2,352,729.20 plus interest |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

Name and mailing address of petitioner

Name: Pro Petroleum, LLC
Number Street: 4710 4th Street
City: Lubbock   State: TX   ZIP Code: 79416

Printed name: Michael R. Bakst, Esq.
Firm name, if any: Greenspoon Marder LLP
Number Street: 525 Okeechobee Blvd., Ste. 900
City: West Palm Beach   State: FL   ZIP Code: 33401

Name and mailing address of petitioner's representative, if any
Name: Mark Griffin, President
Number Street: 4710 4th Street
City: Lubbock   State: TX   ZIP Code: 79416

Contact phone: 561-838-4523   Email: michael.bakst@gmlaw.com
Bar number: 866377
State: Florida

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/10/21
X /s/ Mark Griffin
Signature of petitioner or representative, including representative's title

X /s/ Michael R. Bakst
Signature of attorney
Date signed 03/10/2021

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

Debtor  Hellenic Petroleum LLC
_____
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

✘ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

✘ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 4

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

**HELLENIC PETROLEUM LLC,**

Alleged Debtor.

_____/

Case No.: _____

Chapter 7

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1010(b) and 7007.1

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, I, Mark Griffin, President of Pro Petroleum, LLC, a Delaware limited liability company (the "Petitioning Creditor"), a petitioning creditor in the above-captioned case, declare under penalty of perjury that, to the best of my knowledge, information, and belief, Pro Petroleum Holdings Inc., and BunkerHill Holdings Company LLC, each directly owns 10% or more of any class of the Petitioning Creditor's equity interests; and that, while I do not believe any entities *indirectly* own any of the Petitioning Creditor's equity interests, in an abundance of caution, I am disclosing that BunkerHill Oil Marketing LLC, and Pilot Travel Centers LLC, may be deemed to indirectly own 10% or more of any class of the Petitioning Creditor's equity interests.

PRO PETROLEUM, LLC

By: _____
Printed: Mark Griffin
Title: President
Dated: March 10, 2021