**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Adam S. Hamburg (SBN 247127)
Christopher M. Lapidus (SBN 316005)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:   (949) 381-5900
Facsimile:    (949) 271-4040
Email:         bpaino@mcglinchey.com
                  ahamburg@mcglinchey.com
                  clapidus@mcglinchey.com

Attorneys for *Plaintiff* **HELLENIC PETROLEUM LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLENIC PETROLEUM LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ELBOW RIVER MARKETING, LTD.,<br><br>        Defendants. | Case No.: 1:20-CV-00374-NONE-BAM<br><br>[Formerly Stanislaus County Superior Court Case No. CV-19-000967]<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>**Scheduling Conference**:<br>Date: April 26, 2021<br>Time: 9:00 a.m.<br>Crtm: #8<br><br>Action Filed:   February 19, 2019 |

Plaintiff Hellenic Petroleum, LLC ("Hellenic") and Defendant Elbow River Marketing Ltd. ("Elbow River," and together with Hellenic, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to continue the Mandatory Scheduling Conference currently scheduled for April 26, 2021, at 9:00 a.m. in Courtroom 8 of the above-captioned Court before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge, for the reasons set forth herein.

///

1. WHEREAS, on or about January 27, 2020, Hellenic filed a First Amended Complaint in the Superior Court for Stanislaus County.

2. WHEREAS, on or about March 11, 2020, Elbow River removed this action from the Superior Court for Stanislaus County to this Court.

3. WHEREAS, on March 12, 2020, the Court issued an Order Setting Mandatory Scheduling Conference (Docket No. 3) for June 24, 2020.

4. WHEREAS, on April 13, 2020, the Court entered a stipulation between the parties granting Hellenic leave to file a Second Amended Complaint on or before May 4, 2020.  (Document 7)

5. WHEREAS, on June 10, 2020, the parties filed a second Stipulation extending Hellenic's deadline to file a Second Amended Complaint to June 19, 2020, and giving Elbow River 45 days to file a responsive pleading to the Second Amended Complaint.  (Document 9)

6. WHEREAS, on June 15, 2020, the Court entered an Order granting the Stipulation filed on June 10, 2020, which extended Hellenic's deadline to file a Second Amended Complaint to June 19, 2020, and granted Elbow River 45 days to file its responsive pleading.  (Document 10)

7. WHEREAS, thereafter, Hellenic filed its Second Amended Complaint on June 26, 2020.  (Document 13)

8. WHEREAS, pursuant to Section II of the Court's Standing Order on civil law and motion, counsel for Hellenic and Elbow River began meeting and conferring regarding Hellenic's Second Amended Complaint and Elbow River's intent to file a Motion to dismiss pursuant to FRCP 12(b)(6) and 9(b), and to strike allegations concerning punitive damages pursuant to FRCP 12(f), and the Parties agreed that Elbow River shall have additional time to respond to the Second Amended Complaint.

9. WHEREAS, in light of the extended deadline to file the Second Amended Complaint and the corresponding extension of time for Elbow River to file its responsive pleading, and in an effort to promote judicial economy and judicial efficiency in connection with the management of the case, the Court continued the Mandatory Scheduling Conference to December 15, 2020, at 9:00 a.m., in Courtroom 8 before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge.  (Document 15)

10. WHEREAS, on September 3, 2020, Elbow River filed its Motion to dismiss pursuant to FRCP 12(b)(6) and 9(b), and to strike allegations concerning punitive damages pursuant to FRCP 12(f) (the "Motion"). (Document 17)  The hearing on the Motion was initially set for October 30, 2020.

11. WHEREAS, the Court took Elbow River's Motion under submission without oral argument.

12. WHEREAS, in light of the fact that the Court had not issued a ruling on the Motion as of December 3, 2020, on December 3, 2020, the parties filed a stipulation to continue the Mandatory Scheduling Conference from December 15, 2020, at 9:00 a.m., in Courtroom 8, to February 23, 2021, at 9:00 a.m., in Courtroom 8, or to another date and time that the Court was available to hear this matter. (Document 21)

13. WHEREAS, on December 4, 2020, in an effort to promote judicial economy and judicial efficiency in connection with the management of this case, the Court continued the Mandatory Scheduling Conference to February 23, 2021, at 9:30 a.m., in Courtroom 8 before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge. (Document 22)

14. WHEREAS, in light of the pending Motion as of February 12, 2021, on February 12, 2021, the parties filed a stipulation to continue the Mandatory Scheduling Conference from February 23, 2021, at 9:30 a.m., in Courtroom 8, to April 26, 2021, at 9:00 a.m., in Courtroom 8, or to another date and time that the Court was available to hear this matter. (Document 23)

15. WHEREAS, on February 12, 2021, in an effort to promote judicial economy and judicial efficiency in connection with the management of the case, the Court continued the Mandatory Scheduling Conference to April 26, 2021, at 9:00 a.m., in Courtroom 8 before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge. (Document 24)

16. WHEREAS, as of the date of the filing of this Stipulation, the Motion remains under submission.

17. WHEREAS, on March 10, 2021, an involuntary petition was filed against Hellenic under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division, 1515 N Flagler Dr., Suite 801, West Palm Beach, FL

33401 (the "Bankruptcy Court").  Hellenic's Chapter 7 Bankruptcy case was indexed at case number 21-12317-EPK.

18. WHEREAS, in light of Hellenic's involuntary bankruptcy proceeding, there is uncertainty as to whether counsel for Hellenic is and/or will be authorized to represent Hellenic in this litigation and/or whether Hellenic (as opposed to a future trustee appointed in the bankruptcy case filed against Hellenic) will continue to have standing to prosecute this action.  As a result of this uncertainty, in an effort to promote judicial economy and judicial efficiency in connection with the case management of the case, the parties believe that the Mandatory Scheduling Conference should be continued approximately 60 days to allow time for the Bankruptcy Court to rule on the involuntary petition filed against Hellenic and otherwise provide guidance as to whether Hellenic's counsel may continue to represent Hellenic in this matter.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by the parties through their respective counsel, and subject to the Order of the Court, that the Mandatory Scheduling Conference currently scheduled for April 26, 2021, at 9:00 a.m., in Courtroom 8, shall be continued approximately 60 days to June 25, 2021, at 9:00 a.m. in Courtroom 8, or to another date and time that the Court is available to hear this matter.

**IT IS SO STIPULATED.**

Dated:  April 20, 2021                                       **McGLINCHEY STAFFORD, PLLC**


By: */s/ Adam S. Hamburg*
    BRIAN PAINO
    ADAM S. HAMBURG
    CHRISTOPHER M. LAPIDUS
    Attorneys for Plaintiff
    HELLENIC PETROLEUM, LLC

Dated: April 20, 2021     **ROPERS MAJESKI PC**

By: */s/ Nicole S. Healy*
   NICOLE S. HEALY
   Attorneys for Defendant
   ELBOW RIVER MARKETING, LTD.

### ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and [Proposed] Order. The Mandatory Scheduling Conference currently scheduled for April 26, 2021, at 9:00 a.m. in Courtroom 8, is hereby continued to July 21, 2021, at 9:30 a.m. in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe to allow the Court to rule on the pending Motion to Dismiss, and for the Bankruptcy Court to rule on the involuntary petition filed against Hellenic and otherwise provide guidance as to whether Hellenic's counsel is authorized to continue to represent Hellenic in this litigation. The parties shall file a Joint Scheduling Report one week prior to the conference. The report should provide an update on the involuntary bankruptcy proceedings. The parties shall appear at the conference with each party connecting <u>remotely</u> either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **April 21, 2021**         /s/ *Barbara A. McAuliffe*
                        UNITED STATES MAGISTRATE JUDGE