**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:    (949) 381-5900
Facsimile:    (949) 271-4040
Email:        bpaino@mcglinchey.com

Attorneys for *Plaintiff* **HELLENIC PETROLEUM LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLENIC PETROLEUM LLC,<br><br>Plaintiff,<br><br>v.<br><br>ELBOW RIVER MARKETING, LTD.,<br><br>Defendants. | Case No.: 1:20-CV-00374-NONE-BAM<br><br>[Formerly Stanislaus County Superior Court Case No. CV-19-000967]<br><br>**STIPULATION AND ORDER TO FURTHER CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>**Scheduling Conference**:<br>Date:   July 21, 2021<br>Time:   9:30 a.m.<br>Crtm:   8 |

This *Stipulation to Further Continue Mandatory Scheduling Conference* (the "Stipulation") is entered into between *plaintiff* Hellenic Petroleum, LLC ("Hellenic") and *defendant* Elbow River Marketing Ltd. ("Elbow River," and together with Hellenic, the "Parties"), by and through their respective attorneys of record.

## RECITALS

1. On or about January 19, 2019, Hellenic initiated a civil lawsuit against Elbow River by filing a complaint in the Superior Court for Stanislaus Count (the "Superior Court"). Thereafter, on January 27, 2020, Hellenic filed a First Amended Complaint (the "FAC") in the Superior Court.

2. On or about March 11, 2020, Elbow River removed the FAC from the Superior Court to this Court.

3. On March 12, 2020, the Court issued an Order Setting Mandatory Scheduling Conference (Dkt. No. 3) for June 24, 2020.

4. On April 13, 2020, the Court entered an order approving a stipulation between the parties that authorized Hellenic to file a Second Amended Complaint on or before May 4, 2020. (*See* Dkt. No. 7).

5. On June 10, 2020, the Parties filed a second stipulation (the "June 2020 Stipulation") extending Hellenic's deadline to file a Second Amended Complaint to June 19, 2020, and giving Elbow River forty-five (45) days to respond to the Second Amended Complaint. (*See* Dkt. No. 9).

6. On June 15, 2020, the Court entered an order granting the June 2020 Stipulation, which extended Hellenic's deadline to file a Second Amended Complaint to June 19, 2020, and granted Elbow River forty-five (45) days to file a responsive pleading. (*See* Dkt. No. 10).

7. On June 26, 2020, Hellenic filed its Second Amended Complaint. (*See* Dkt. No. 13).

8. Pursuant to Section II of the Court's Standing Order on civil law and motion, counsel for Hellenic and Elbow River began meeting and conferring regarding Hellenic's Second Amended Complaint and Elbow River's intent to file a motion to dismiss pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, and to strike allegations concerning punitive damages pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, and the Parties agreed that Elbow River shall have additional time to respond to the Second Amended Complaint.

9. In light of the extended deadline to file the Second Amended Complaint and the corresponding extension of time for Elbow River to file its responsive pleading, and in an effort to promote judicial economy and efficiency in connection with the management of the case, the Court continued the Mandatory Scheduling Conference to December 15, 2020, at 9:00 a.m., in Courtroom 8 before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge. (*See* Dkt. No. 15).

10. On September 3, 2020, Elbow River filed a motion to dismiss the Second Amended Complaint, and to strike allegations concerning punitive damages (the "Motion"). (*See* Dkt. No. 17). The hearing on the Motion was initially set for October 30, 2020, but the Court ultimately took the Motion under submission without oral argument.

11. Due to the procedural posture of this case, on December 3, 2020, the Parties filed a stipulation to continue the Mandatory Scheduling Conference from December 15, 2020, at 9:00 a.m., in Courtroom 8, to February 23, 2021, at 9:00 a.m., in Courtroom 8, or to another date and time that the Court was available to hear this matter. (*See* Dkt. No. 21).

12. On December 4, 2020, in an effort to promote judicial economy and efficiency in connection with the management of this case, the Court continued the Mandatory Scheduling Conference to February 23, 2021, at 9:30 a.m., in Courtroom 8 before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge. (*See* Dkt. No. 22).

13. By virtue of the pending Motion, on February 12, 2021, the Parties filed a stipulation to continue the Mandatory Scheduling Conference from February 23, 2021, at 9:30 a.m., in Courtroom 8, to April 26, 2021, at 9:00 a.m., in Courtroom 8, or to another date and time that the Court was available to hear this matter. (*See* Dkt. No. 23).

14. On February 12, 2021, in an effort to promote judicial economy and efficiency in connection with the management of the case, the Court continued the Mandatory Scheduling Conference to April 26, 2021, at 9:00 a.m., in Courtroom 8 before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge. (*See* Dkt. No. 24).

15. As of the date of the filing of this Stipulation, the Motion remains under submission.

16. On March 10, 2021, an involuntary petition (the "Involuntary Petition") under Chapter 7 of the Bankruptcy Code was filed against Hellenic in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), which was assigned Case No. 21-12317-EPK. Hellenic responded to the Involuntary Petition by filing an answer and motion to dismiss (the "Motion to Dismiss"). The Motion to Dismiss was originally scheduled to be heard on May 5, 2021, but the Bankruptcy Court thereafter set an evidentiary hearing on the Involuntary Petition and Motion to Dismiss for August 2, 2021, through August 9, 2021.

17. On April 20, 2021, the Parties entered into a stipulation (the "April 2021 Stipulation") whereby they agreed to a continuance of the Mandatory Scheduling Conference due to the pending Involuntary Petition. (*See* Dkt. No. 26). The Court approved the Stipulation on April 21, 2021, and continued the Mandatory Scheduling Conference to July 21, 2021. (*See* Dkt. No. 27).

18. More recently, on June 7, 2021, Hellenic filed a voluntary petition (the "Voluntary Bankruptcy") under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court. Hellenic has not yet filed its schedules or statements in the Voluntary Bankruptcy – it recently filed an ex parte motion to extend the deadline to file the schedules and statements on July 2, 2021.

19. On April 20, 2021, the Parties entered into a stipulation (the "April 2021 Stipulation") whereby they agreed to a continuance of the Mandatory Scheduling Conference due to the pending Involuntary Petition. (*See* Dkt. No. 26). The Court approved the Stipulation on April 21, 2021, and continued the Mandatory Scheduling Conference to July 21, 2021.

20. Due to the procedural posture and uncertainty of the Involuntary Petition and Voluntary Bankruptcy, including the impact of the proceedings on Hellenic's continued prosecution of this action through its undersigned counsel, the Parties believe that the Mandatory Scheduling Conference should be further continued by approximately sixty (60) days to allow time for: (a) the Bankruptcy Court to rule on the Involuntary Petition; (b) Hellenic to file its schedules and statements in the Voluntary Bankruptcy; and (c) the Bankruptcy Court to otherwise provide guidance on Hellenic's continued prosecution of this action.

## **TERMS**

The Parties agree as follows:

1. Subject to the Court's approval, the Mandatory Scheduling Conference currently scheduled for July 21, 2021, at 9:30 a.m., in Courtroom 8, shall be continued approximately sixty (60) days to **September 22, 2021**, at 9:30 a.m. in Courtroom 8, or to another date and time that is convenient to the Court.

**IT IS SO STIPULATED.**

[SIGNATURES TO FOLLOW]

Dated: July 6, 2021  **McGLINCHEY STAFFORD**

By: */s/ Brian A. Paino*
    BRIAN PAINO
    Attorneys for *Plaintiff*
    **HELLENIC PETROLEUM, LLC**

Dated: July 6, 2021  **ROPERS MAJESKI PC**

By: */s/ Nicole S. Healy*
    NICOLE S. HEALY
    Attorneys for *Defendant*
    **ELBOW RIVER MARKETING, LTD**.

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation. The Mandatory Scheduling Conference currently scheduled for July 21, 2021, at 9:30 a.m. in Courtroom 8, is hereby continued to **September 22, 2021, at 9:30 a.m. in Courtroom 8**, before Magistrate Judge Barbara A. McAuliffe to allow time for the Bankruptcy Court to rule on the involuntary petition and to otherwise provide guidance on Hellenic's continued prosecution of this action. The parties shall file a Joint Scheduling Report one week prior to the conference. The report should provide an update on the bankruptcy proceedings. The parties shall appear at the conference <u>remotely</u> either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

It is FURTHER ORDERED that **within fourteen (14) days** of this Order, the parties shall file a joint statement indicating their respective positions on whether the motion to dismiss filed in this action should proceed given the uncertainty of the Involuntary Petition and Voluntary Bankruptcy.
IT IS SO ORDERED.

Dated: __**July 14, 2021**__       /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE