**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:   (949) 381-5900
Facsimile:    (949) 271-4040
Email:          bpaino@mcglinchey.com

Attorneys for *Plaintiff* **HELLENIC PETROLEUM LLC**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLENIC PETROLEUM LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ELBOW RIVER MARKETING, LTD.,<br><br>    Defendants. | Case No.: 1:20-CV-00374-NONE-BAM<br><br>[Formerly Stanislaus County Superior Court Case No. CV-19-000967]<br><br>**STIPULATION AND ORDER TO FURTHER CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>**Scheduling Conference**:<br>Date:   September 22, 2021<br>Time:   9:30 a.m.<br>Crtm:   8 |

This *Stipulation to Further Continue Mandatory Scheduling Conference* (the "Stipulation") is entered into between *plaintiff* Hellenic Petroleum, LLC ("Hellenic") and *defendant* Elbow River Marketing Ltd. ("Elbow River," and together with Hellenic, the "Parties"), by and through their respective attorneys of record.

## RECITALS

1.      On or about January 19, 2019, Hellenic initiated a civil lawsuit against Elbow River by filing a complaint in the Superior Court for Stanislaus Count (the "Superior Court"). Thereafter, on January 27, 2020, Hellenic filed a First Amended Complaint (the "FAC") in the Superior Court.

2.      On or about March 11, 2020, Elbow River removed the FAC from the Superior Court to this Court.

3. On March 12, 2020, the Court issued an Order Setting Mandatory Scheduling Conference for June 24, 2020. (*See* Dkt. No. 3).

4. On April 13, 2020, the Court entered an order approving a stipulation between the parties that authorized Hellenic to file a Second Amended Complaint on or before May 4, 2020. (*See* Dkt. No. 7).

5. On June 10, 2020, the Parties filed a second stipulation (the "June 2020 Stipulation") extending Hellenic's deadline to file a Second Amended Complaint to June 19, 2020, and giving Elbow River forty-five (45) days to respond to the Second Amended Complaint. (*See* Dkt. No. 9).

6. On June 15, 2020, the Court entered an order granting the June 2020 Stipulation, which extended Hellenic's deadline to file a Second Amended Complaint to June 19, 2020, and granted Elbow River forty-five (45) days to file a responsive pleading. (*See* Dkt. No. 10).

7. On June 26, 2020, Hellenic filed its Second Amended Complaint. (*See* Dkt. No. 13).

8. Pursuant to Section II of the Court's Standing Order on civil law and motion, counsel for Hellenic and Elbow River began meeting and conferring regarding Hellenic's Second Amended Complaint and Elbow River's intent to file a motion to dismiss pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, and to strike allegations concerning punitive damages pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, and the Parties agreed that Elbow River shall have additional time to respond to the Second Amended Complaint.

9. In light of the extended deadline to file the Second Amended Complaint and the corresponding extension of time for Elbow River to file its responsive pleading, and in an effort to promote judicial economy and efficiency in connection with the management of this case, the Court continued the Mandatory Scheduling Conference to December 15, 2020, at 9:00 a.m., in Courtroom 8 before the Hon. Barbara A. McAuliffe, U.S. Magistrate Judge. (*See* Dkt. No. 15).

10. On September 3, 2020, Elbow River filed a motion to dismiss the Second Amended Complaint, and to strike allegations concerning punitive damages (the "Motion"). (*See* Dkt. No. 17). The hearing on the Motion was initially set for October 30, 2020, but the Court ultimately took the

Motion under submission without oral argument. As of the date of the filing of this Stipulation, the Motion remains under submission.

11. Due to the procedural posture of this case, on December 3, 2020, the Parties filed a stipulation to continue the Mandatory Scheduling Conference from December 15, 2020, at 9:00 a.m., to February 23, 2021, at 9:00 a.m. (*See* Dkt. No. 21).

12. On December 4, 2020, the Court continued the Mandatory Scheduling Conference to February 23, 2021. (*See* Dkt. No. 22).

13. Due to the pending Motion, on February 12, 2021, the Parties filed a stipulation to continue the Mandatory Scheduling Conference from February 23, 2021, to April 26, 2021. (*See* Dkt. No. 23).

14. On February 12, 2021, the Court continued the Mandatory Scheduling Conference to April 26, 2021. (*See* Dkt. No. 24).

15. On March 10, 2021, an involuntary petition (the "Involuntary Petition") under Chapter 7 of the Bankruptcy Code was filed against Hellenic in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), which was assigned Case No. 21-12317-EPK. Hellenic responded to the Involuntary Petition by filing an answer and motion to dismiss (the "Motion to Dismiss"). The Motion to Dismiss was originally scheduled to be heard on May 5, 2021, but the Bankruptcy Court thereafter set an evidentiary hearing on the Involuntary Petition and Motion to Dismiss for August 2, 2021, through August 9, 2021.

16. On April 20, 2021, the Parties entered into a stipulation (the "April 2021 Stipulation") whereby they agreed to a continuance of the Mandatory Scheduling Conference due to the pending Involuntary Petition. (*See* Dkt. No. 26). The Court approved the Stipulation on April 21, 2021, and continued the Mandatory Scheduling Conference to July 21, 2021. (*See* Dkt. No. 27).

17. On June 7, 2021, Hellenic filed a voluntary petition (the "Voluntary Bankruptcy") under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court. On August 16, 2021, the Bankruptcy Court approved Hellenic's motion to voluntarily dismiss the Voluntary Bankruptcy.

18.   On April 20, 2021, the Parties entered into a stipulation (the "April 2021 Stipulation") whereby they agreed to a continuance of the Mandatory Scheduling Conference due to the pending Involuntary Petition. (*See* Dkt. No. 26). The Court approved the Stipulation on April 21, 2021, and continued the Mandatory Scheduling Conference to July 21, 2021.

19.   More recently, on July 6, 2021, the Parties entered into a stipulation (the "July 2021 Stipulation") whereby they agreed to a continuance of the Mandatory Scheduling Conference due to the pending Involuntary Petition and Voluntary Bankruptcy. (*See* Dkt. No. 29). The Court approved the Stipulation on July 14, 2021, and continued the Mandatory Scheduling Conference to September 22, 2021. (*See* Dkt. No. 30).

20.   Since the filing of the July 2021 Stipulation, there have been some key developments with the separate bankruptcy proceedings involving Hellenic. Specifically, on August 16, 2021, the Bankruptcy Court entered an order in the Voluntary Bankruptcy wherein it granted Hellenic's motion to voluntarily dismiss the Voluntary Bankruptcy. Shortly thereafter, on September 3, 2021, Hellenic and the petitioning creditors that filed the Involuntary Petition entered into a Joint Agreed Motion to Dismiss the Involuntary Petition (the "Joint Agreed Motion"). The Bankruptcy Court has scheduled a hearing on the Joint Agreed Motion for **September 29, 2021**.

21.   Due to the procedural posture of the Involuntary Petition, and the impact of the proceeding on Hellenic's continued prosecution of this action, the Parties believe that the Mandatory Scheduling Conference should be further continued by approximately thirty (30) days to allow time for the Bankruptcy Court to rule on the Joint Agreed Motion.

## **TERMS**

The Parties agree as follows:

1.   Subject to the Court's approval, the Mandatory Scheduling Conference currently scheduled for September 22, 2021, at 9:30 a.m., in Courtroom 8, shall be continued approximately thirty (30) days to **October 27, 2021**, at 9:30 a.m. in Courtroom 8, or to another date and time that is convenient to the Court.

**IT IS SO STIPULATED.**

[SIGNATURES TO FOLLOW]

Dated:  September 15, 2021          **McGLINCHEY STAFFORD**

By: */s/ Brian A. Paino*
    BRIAN PAINO
    Attorneys for *Plaintiff*
    **HELLENIC PETROLEUM, LLC**


Dated:  September 15, 2021          **ROPERS MAJESKI PC**

By: */s/ Alexandria C. Carraher*
    TODD A. ROBERTS
    ALEXANDRIA C. CARRAHER
    Attorneys for *Defendant*
    **ELBOW RIVER MARKETING, LTD**.


## ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation.  The Mandatory Scheduling Conference currently scheduled for September 22, 2021, at 9:30 a.m. in Courtroom 8, is hereby continued to **November 4, 2021, at 9:30 a.m., in Courtroom 8** before Magistrate Judge Barbara A. McAuliffe.  The parties shall file a Joint Scheduling Report one week prior to the conference.  The parties shall appear at the conference remotely with each party appearing either via Zoom video or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID and password are confidential and are not to be shared.  Appropriate court attire required.
IT IS SO ORDERED.

Dated:  **September 16, 2021**          /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE